**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN CABASA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU, Department of Environmental Services; et al.,<br><br>Defendants-Appellees. | No.   15-16597<br><br>D.C. No.<br>1:14-cv-00080-DKW-RLP<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
Derrick Kahala Watson, District Judge, Presiding

Submitted February 16, 2018[**]
Honolulu, Hawaii

Before:  O'SCANNLAIN, CLIFTON, and IKUTA, Circuit Judges.

Steven Cabasa appeals the district court's order granting summary judgment

to the City and County of Honolulu, Department of Environmental Services (the

---

[*]       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

City) on his claim that the City retaliated against him for protected conduct in violation of the Hawaii Whistleblower Protection Act (HWPA), Haw. Rev. Stat. § 378-62. We have jurisdiction under 28 U.S.C. § 1291.

It is undisputed that a candidate for the Wastewater Pumping Operations Supervisor position must receive at least a 70% score on the promotional examination to be considered for the position and that Cabasa received a 57.5% score on the examination. Accordingly, there is no genuine issue of material fact that the City would not have promoted Cabasa "regardless of the protected activity." *Crosby v. State Dep't of Budget & Fin.*, 76 Haw. 332, 342 (1994) (quoting *NLRB v. Howard Elec. Co.*, 873 F.2d 1287, 1290 (9th Cir. 1989)).

**AFFIRMED.**